UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LESLIE WAYNE O'NAN,

        Defendant.

                                      /

**INDICTMENT**

The Grand Jury charges:

### (False Statement Under Oath in Bankruptcy Proceedings)

That on or about August 23, 2013, in Kent County, in the Southern Division of the Western District of Michigan,

**LESLIE WAYNE O'NAN,**

defendant, in relation to his bankruptcy case under Title 11, did knowingly and fraudulently make a false oath and account.

While under oath in an examination taken as part of the official proceedings in the bankruptcy case titled, In the Matter of Leslie Wayne O'Nan, docket #13-04762, the defendant falsely answered questions while under oath.

In particular, the defendant stated that his personal financial statement from July 2010, marked as deposition exhibit T, which had been presented to Comerica Bank, was complete and accurate, showing that the defendant had a net worth of over $29,000,000; and that Comerica Bank had knowingly accepted his personal financial statement as a "pro forma," or future estimate, of his financial position.

In truth and fact, defendant Leslie Wayne O'Nan was well aware that his statements in the bankruptcy deposition were false and part of an attempt on his part to conceal his false representations to Comerica Bank.

**18 U.S.C. § 152 (paragraph 2)**

A TRUE BILL

_____
GRAND JURY FOREPERSON

PATRICK A. MILES, JR.
United States Attorney

_____
MICHAEL A. MACDONALD
Assistant United States Attorney